UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ UNITED STATES OF AMERICA,       │
│                                 │      24-cr-73 (JSR)
│         -v-                     │
│                                 │      ORDER
│ FRANKLYN THEN,                  │
│                                 │
│              Defendant.         │
└─────────────────────────────────┘
```

JED S. RAKOFF, U.S.D.J.:

For the reasons stated from the bench at a pretrial conference on April 10, 2024, the Court hereby modifies Franklyn Then's bail conditions from home confinement to a curfew to be set by the pretrial officer. All other bail conditions remain the same.

SO ORDERED.

New York, NY
April 10, 2024

_____
JED S. RAKOFF, U.S.D.J

1